IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,  :

    Plaintiff,  :  Case No. 3:18-CR-016
        Judge Thomas M. Rose

vs.

DALTON LEE JUICK KONAT,
    Defendant.

_____

**UNOPPOSED MOTION FOR ORDER ALLOWING INSPECTION OF EVIDENCE**
_____

Now comes Defendant, Dalton Konat ("Mr.Konat"), through counsel, and respectfully moves this Court for an order allowing defense expert Dr. Scott Bresler to inspect all relevant evidence in this matter to assist with a forensic evaluation for the defense. Counsel for the government does not oppose this request, and is willing to provide access for this inspection.

Respectfully submitted,

DEBORAH L. WILLIAMS
FEDERAL PUBLIC DEFENDER


s/Thomas W. Anderson, Jr.
Thomas W. Anderson, Jr (0073138)
Office of the Federal Public Defender
1 South Main Street, Suite 490
Dayton, Ohio 45402
(937) 225-7687 Attorney for
Defendant
Thomas_Anderson@fd.org


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the Assistant United States Attorney, on the date same was filed.

s/Thomas W. Anderson, Jr.
Thomas W. Anderson, Jr.