IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | : | |
| Plaintiff, | : | Case No.: 3:18-CR-16 |
| vs. | : | |
| Dalton Lee Juick Konat, | : | Judge Thomas M. Rose |
| Defendant. | : | |

## ORDER

The parties having agreed to allow retained defense expert Dr. Scott Bresler to review the evidence in this matter for the purposes of conducting a forensic evaluation to assist the defense at sentencing, the Court hereby authorizes all relevant images and video to be reviewed by Dr. Bresler under the supervision of the government.

_____
Thomas M. Rose,
United States District Court Judge

Date: 1/29/19