IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO  WESTERN
DIVISION AT DAYTON

UNITED STATES OF AMERICA,           :

    Plaintiff,           :           Case No. 3:18-CR-016
                                                              Judge Thomas M. Rose  vs.

DALTON LEE JUICK KONAT,
    Defendant.

_____

**UNOPPOSED MOTION TO CONTINUE SENTENCING**
_____

      Now comes Defendant, Dalton Konat ("Mr.Konat"), through counsel, and respectfully moves this Court to continue the sentencing date for an additional 30 days to allow defense counsel additional time to present pertinent information with respect to the factors set forth in §3553 (a).

      Wherefore, Mr. Konat requests that this Court continue the sentencing for 30 days. Counsel for the government does not object to this request.

Respectfully submitted,

DEBORAH L. WILLIAMS
FEDERAL PUBLIC DEFENDER


s/Thomas W. Anderson, Jr.
Thomas W. Anderson, Jr (0073138)
Office of the Federal Public Defender
1 South Main Street, Suite 490  Dayton, Ohio 45402
(937) 225-7687 Attorney for Defendant
Thomas_Anderson@fd.org


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the Assistant United States Attorney, on the date same was filed.

s/Thomas W. Anderson, Jr.
Thomas W. Anderson, Jr.